# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

NOEL M. CAIN,

      Plaintiff,

v.

KOHL'S DEPARTMENT STORES, INC.,

      Defendant.

Case No.  2:19-cv-01345-PP

Honorable Judge Pamela Pepper

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff,  NOEL M. CAIN, and the Defendant,  KOHL'S DEPARTMENT STORES, INC. , through their respective counsel that the above-captioned action is dismissed, with prejudice, against KOHL'S DEPARTMENT STORES, INC. , pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 18, 2020

    Respectfully Submitted,

**NOEL M. CAIN**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

**KOHL'S DEPARTMENT STORES, INC.**

/s/ Michael F. Tuchalski (*with consent*)
Michael F. Tuchalski
*Counsel for Defendant*
N56 W1700 Ridgewood Drive
Menomonee Falls, WI 53051
Phone: (262) 703-7000
michael.tuchalski@kohls.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim